GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
T: (415) 575-3235
F: (415) 648-7648

Attorney for Defendant:
ANDREA NEAL PICKRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-04-00407-MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM SEPTEMBER 27, 2006 TO DECEMBER 13, 2006 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| ANDREA NEAL PICKRELL, et. al, | |
| Defendants. | |

    The parties appeared before the Court on May 17, 2006 for a change of plea. At that time, the Court set the date for judgment and sentencing to September 27, 2006. Due to an unforeseen family emergency concerning a gravely ill parent, Ms. Pickrell's counsel was not available to attend the probation interview or otherwise properly prepare for the sentencing hearing.

    The parties therefore stipulate and request the Court to continue the sentencing date from September 27, 2006 to December 13, 2006, in order to provide the necessary time for the probation officer, Ann Searles, to conduct her interview and for the parties to complete their sentencing memoranda and preparation for hearing in an orderly fashion. Given the need to conduct the probation interview and the preparation of sentencing memoranda, the parties stipulate that the time from September 27, 2006 to December 13, 2006 is properly excludable for effective preparation and continuity of counsel.

DEFENDANT PICKRELL'S JOINDER IN
MOTION TO SUPPRESS WIRETAP EVIDENCE
No. CR-04-00407-MMC

1  IT IS SO STIPULATED.

2  DATED: _____

3                                                       /s/ _____
                                                         DAVE HALL
4                                                       Assistant United States Attorney

5  DATED: _____

                                                         /s/ _____
6                                                       GERI LYNN GREEN
                                                         Attorney for Andrea Pickrell

7

8

9  IT IS SO ORDERED. The sentencing hearing will be continued from September 27, 2006

10 to December 13, 2006 at 2:30 p.m. For the reasons set forth above, the time is excludable from

11 the Speedy Trial Act on the grounds of effective preparation and continuity of counsel.

12 DATED: _September 25, 2006___

13                                                       _____
                                                         THE HON. MAXINE M. CHESNEY
14                                                       United States Chief District Judge

15 C:\Documents and Settings\Geri_2\My Documents\Pickrell, stip for j and s.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT PICKRELL'S JOINDER IN
MOTION TO SUPPRESS WIRETAP EVIDENCE
No. CR-04-00407-MMC