# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 04-00407-4 MMC |
| Andrea N. Pickrell | ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___December 14, 2006 at 2:30 p.m.___ be continued until ___February 14, 2007___ at ___2:30 p.m.___ .

Date: ___DEC 0 8 2006___

_____
Maxine M. Chesney
United States District Judge