# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 04-00407-4 MMC |
| Andrea N. Pickrell | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _February 14, 2007_ be continued until _March 7, 2007_ at _9:30 a.m._ .

Date: FEB X 7 2007

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04