GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
T: (415) 575-3235
F: (415) 648-7648

Attorney for Defendant:
ANDREA NEAL PICKRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-04-00407-MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER CONTINUING SENTENCING HEARING FROM MARCH 7, 2007 TO APRIL 25, 2007, AND |
| ANDREA NEAL PICKRELL, et. al, ) | EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| Defendants. ) | |

  The date presently set for judgment and sentencing is March 7, 2007.  Since receipt of the probation officer's pre-sentence report, Ms. Pickrell has been hospitalized for a lengthy period due to an infection that resulted in a dangerously high fever.  As a result, she has been unable to assist counsel with the preparations for her sentencing hearing or responses to the probation officer's report.  Accordingly, more time is necessary in order to properly prepare for the sentencing hearing, and to prepare responses to the pre-sentence report.

  The parties therefore stipulate and request the Court to continue the sentencing date from March 7, 2007, to April 25, 2007, in order to provide the necessary time for proper preparation for the sentencing hearing.  Given the need to prepare for the hearing, the parties stipulate that the time from March 7, 2007 to April 25, 2007, is properly excludable for effective preparation and continuity of counsel.

IT IS SO STIPULATED.

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

1 | DATED: February 28, 2007

2
3
/s/
DAVE HALL
Assistant United States Attorney

4 | DATED:  February 28, 2007

5
/s/
GERI LYNN GREEN
Attorney for Andrea Pickrell

6
7
8 | IT IS SO ORDERED. The sentencing hearing will be continued from March 7, 2007 to April 25, 2007 at 2:30 p.m. For the reasons set forth above, the time is excludable from the Speedy Trial Act on the grounds of effective preparation and continuity of counsel.

DATED: February 28, 2007

_____
THE HON.  MAXINE M. CHESNEY
United States Chief District Judge

C:\Documents and Settings\Geri_2\My Documents\CLIENTS\PICKRELL\PICKRELL, STIP FOR J AND S3 FINAL.wpd

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC