1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  5214-F Diamond Hts. Blvd., #332
   San Francisco, CA 94131-2118
3  T: (415) 575-3235
   F: (415) 648-7648
4
   Attorney for Defendant:
5  ANDREA NEAL PICKRELL

6  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
7  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
8  C. DAVID HALL (CASBN 66081)
   Assistant United States Attorney
9
        450 Golden Gate Avenue, Box 36055
10      San Francisco, California 94102
        Telephone: (415) 436-7168
11      Facsimile: (415) 436-7234

12 Attorneys for Plaintiff

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
14

15              IN THE UNITED STATES DISTRICT COURT

16            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

19 UNITED STATES OF AMERICA,            )   No. CR-04-00407-MMC
                                        )
20           Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING SENTENCING
21    vs.                               )   HEARING FROM APRIL 25, 2007 TO
                                        )   MAY 30, 2007, AND EXCLUDING TIME
22 ANDREA NEAL PICKRELL, et. al,        )   UNDER THE SPEEDY TRIAL ACT
                                        )
23           Defendants.                )
   _____)
24

25      The date presently set for judgment and sentencing is April 25, 2007. Since receipt of the

26 probation officer's pre-sentence report and discussions with Ms. Pickrell, it has become apparent that

27 Ms. Pickrell is in need of a having a psychological evaluation prepared. As Ms. Pickrell suffers from

28 bipolar disorder and other mental health maladies, the parties agree that such a report would be

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

beneficial to the parties and the court in arriving at an appropriate sentence.

Ms. Pickrell had been hospitalized for a lengthy period due to a serious bout with pelvic inflammatory disease. As a result, she was unable to assist counsel or to submit to a psychological evaluation or assist with the preparations for her sentencing hearing or responses to the probation officer's report. Accordingly, more time is necessary in order to obtain a psychological evaluation to assist the court and counsel in arriving at a reasonable sentence, and to prepare responses to the pre-sentence report.

The parties therefore stipulate and request the Court to continue the sentencing date from April 25, 2007, to May 30, 2007, in order to provide the necessary time for proper preparation for the sentencing hearing. Given the need to prepare for the hearing, the parties stipulate that the time from April 25, 2007, to May 30, 2007, is properly excludable for effective preparation and continuity of counsel.

IT IS SO STIPULATED.

DATED: March 28, 2007

/s/_____
C. DAVID HALL
Assistant United States Attorney

DATED: March 28, 2007

/s/_____
GERI LYNN GREEN
Attorney for Andrea Pickrell

IT IS SO ORDERED. The sentencing hearing will be continued from April 25, 2007, to May 30, 2007 at 2:30 p.m. For the reasons set forth above, the time is excludable from the Speedy Trial Act on the grounds of effective preparation and continuity of counsel.

DATED: March 29, 2007

_____
THE HON. MAXINE M. CHESNEY
United States Chief District Judge

N:\DHALL2\contstip&order2.pickrell.wpd

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC