1 | GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
2 | 5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
3 | T: (415) 575-3235
F: (415) 648-7648
4

Attorney for Defendant:
5 | ANDREA NEAL PICKRELL

6 | SCOTT N. SCHOOLS
United States Attorney
7 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division
8 | DAVE HALL
Assistant United States Attorney
9
    450 Golden Gate Avenue, Box 36055
10 |     San Francisco, California 94102
    Telephone: (415) 436-7168
11 |     Facsimile: (415) 436-7234

12 | Attorneys for Plaintiff

13 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-04-00407-MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM ~~APRIL 25, 2007 TO MAY 30, 2007, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT~~ MAY 30, 2007 TO JULY 11, 2007; EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| ANDREA NEAL PICKRELL, et. al, | ) | |
| Defendants. | ) | |

    The date presently set for judgment and sentencing is May 30, 2007. More time is necessary for the parties to finalize their preparations for the sentencing hearing in this matter.

    The parties therefore stipulate and request the Court to continue the sentencing date from May 30, 2007, to July 11, 2007 in order to provide the necessary time for proper preparation for the

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

1  sentencing hearing.   Given the need to prepare for the hearing, the parties stipulate that the time from
2  May 30, 2007, to July 11, 2007, is properly excludable for effective preparation and continuity of
3  counsel.
4  IT IS SO STIPULATED.
5  DATED: May 25, 2007

/s/
DAVE HALL
Assistant United States Attorney

8  DATED:  May 25, 2007

/s/
GERI LYNN GREEN
Attorney for Andrea Pickrell

     IT IS SO ORDERED. The sentencing hearing will be continued from May 30, 2007, to July 11,
2007 at 2:30 p.m. For the reasons set forth above, the time is excludable from the Speedy Trial Act on
the grounds of effective preparation and continuity of counsel.

DATED: May 29, 2007

_____
THE HON. MAXINE M. CHESNEY
United States Chief District Judge

N:\DHALL2\contstip&order3.pickrell.wpd

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC