1   GERI LYNN GREEN (SBN 127709)
    Law Offices of Geri Lynn Green, LC
2   5214-F Diamond Hts. Blvd., #332
    San Francisco, CA 94131-2118
3   T: (415) 575-3235
    F: (415) 648-7648
4
    Attorney for Defendant:
5   ANDREA NEAL PICKRELL

6   SCOTT N. SCHOOLS
    United States Attorney
7   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division
8   DAVE HALL
    Assistant United States Attorney
9
          450 Golden Gate Avenue, Box 36055
10        San Francisco, California 94102
          Telephone: (415) 436-7168
11        Facsimile: (415) 436-7234

12  Attorneys for Plaintiff

13  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
14

15              IN THE UNITED STATES DISTRICT COURT

16      IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19  UNITED STATES OF AMERICA,        )       No. CR-04-00407-MMC
                                     )
20          Plaintiff,               )       STIPULATION AND [PROPOSED]
                                     )       ORDER CONTINUING SENTENCING
21          vs.                      )       HEARING FROM APRIL 23, 2007 TO
                                     )       MAY 30, 2007, AND EXCLUDING TIME
22  ANDREA NEAL PICKRELL, et. al,    )       UNDER THE SPEEDY TRIAL ACT
                                     )
23          Defendants.              )
                                     )
24

25          The date presently set for judgment and sentencing is July 11, 2007. More time is necessary for

26  the parties to finalize their preparations for the sentencing hearing in this matter.

27          The parties therefore stipulate and request the Court to continue the sentencing date from July

28  11, 2007, to September 19, 2007 in order to provide the necessary time for proper preparation for the

    Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

1  sentencing hearing.

2  IT IS SO STIPULATED.

3  DATED: July 9, 2007

4                                          /s/
                                           DAVE HALL
5                                          Assistant United States Attorney

6  DATED: July 9, 2007

                                           /s/
7                                          GERI LYNN GREEN
                                           Attorney for Andrea Pickrell
8

9      IT IS SO ORDERED. The sentencing hearing will be continued from July 11, 2007, to

10  September 19, 2007 at 2:30 p.m.

11

12  DATED:_____

13                                         THE HON.   MAXINE M. CHESNEY
                                           United States District Judge
14

15  C:\Documents and Settings\dhall2\Local Settings\Temporary Internet Files\OLKP\stip to continue j and s 7-11-07.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC