1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  5214-F Diamond Hts. Blvd., #332
   San Francisco, CA 94131-2118
3  T: (415) 575-3235
   F: (415) 358-4562
4
   Attorney for Defendant:
5  ANDREA NEAL PICKRELL

6  SCOTT N. SCHOOLS
   United States Attorney
7  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
8  DAVE HALL
   Assistant United States Attorney
9
        450 Golden Gate Avenue, Box 36055
10      San Francisco, California 94102
        Telephone: (415) 436-7168
11      Facsimile: (415) 436-7234

12 Attorneys for Plaintiff

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

14

15              IN THE UNITED STATES DISTRICT COURT

16         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 UNITED STATES OF AMERICA,        )    No.  CR-04-00407-MMC
                                    )
20        Plaintiff,                )    STIPULATION AND ORDER
                                    )    CONTINUING SENTENCING HEARING
21        vs.                       )    FROM SEPTEMBER 19, 2007 TO
                                    )    DECEMBER 12, 2007
22 ANDREA NEAL PICKRELL, et. al,    )
                                    )
23        Defendants.               )
   _____)
24

25      The date presently set for judgment and sentencing is September 19, 2007.  Defendant Pickrell

26 has just had abdominal surgery and is recovering from four previous surgeries which she has endured

27 over the past few months. The most recent surgery became necessary when a normal follow-up visit

28 revealed an unexplained mass.  It has not yet been determined whether the growth is malignant and

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

1  whether further treatment beyond the biopsy will be necessary.  As a result, more time is necessary for

2  to recuperate, complete this course of treatment and prepare for the sentencing hearing in this matter.

3         The parties therefore stipulate and request the Court to continue the sentencing date to

4  December 12, 2007, to allow her the necessary recovery time.

5  IT IS SO STIPULATED.

6  DATED:September 18, 2007

7                                                    /s/_____
                                                     DAVE HALL
8                                                    Assistant United States Attorney

9  DATED: September 18, 2007

                                                     /s/_____
10                                                   GERI LYNN GREEN
                                                     Attorney for Andrea Pickrell
11

12
        IT IS SO ORDERED. The sentencing hearing will be continued from September 19, 2007 to
13
   December 12, 2007 at 2:30 p.m.
14

15
   DATED: September 19, 2007
16                                                   _____
                                                     THE HON.  MAXINE M. CHESNEY
17                                                   United States District Judge

18  N:\DOCS\2007-08\stip to continue j and s 9-17-07.wpd

19

20

21

22

23

24

25

26

27

28

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC