1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  5214-F Diamond Hts. Blvd., #332
   San Francisco, CA 94131-2118
3  T: (415) 575-3235
   F: (415) 648-7648
4
   Attorney for Defendant:
5  ANDREA NEAL PICKRELL

6  SCOTT N. SCHOOLS
   United States Attorney
7  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
8  DAVE HALL
   Assistant United States Attorney
9
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102
       Telephone: (415) 436-7168
11     Facsimile: (415) 436-7234

12 Attorneys for Plaintiff

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

14

15             IN THE UNITED STATES DISTRICT COURT

16        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19 UNITED STATES OF AMERICA,        )    No.  CR-04-00407-MMC
                                     )
20         Plaintiff,                )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING SENTENCING
21         vs.                       )    HEARING FROM  APRIL 25, 2007 TO
                                     )    MAY 30, 2007, AND EXCLUDING TIME
22 ANDREA NEAL PICKRELL, et. al,     )    UNDER THE SPEEDY TRIAL ACT
                                     )
23         Defendants.               )
   _____   )

24

25      The date presently set for judgment and sentencing is December 12, 2007.  More time is

26 necessary for the parties to finalize their preparations for the sentencing hearing in this matter.

27      The parties therefore stipulate and request the Court to continue the sentencing date from

28 December 12,  2007, to February 6, 2008 in order to provide the necessary time for proper preparation

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

1   for the sentencing hearing.

2   IT IS SO STIPULATED.

3   DATED: November 30, 2007

4                                                    /s/_____
                                                     DAVE HALL
5                                                    Assistant United States Attorney

6   DATED: November 30, 2007

7                                                    /s/_____
                                                     GERI LYNN GREEN
                                                     Attorney for Andrea Pickrell
8

9
        IT IS SO ORDERED. The sentencing hearing will be continued from December 12,  2007, to
10
    February 6, 2008 at 2:30 p.m.
11

12

13
    DATED:_ November 30, 2007_____          _____
14                                          THE HON.  MAXINE M. CHESNEY
                                            United States Chief District Judge
15

16   N:\DHALL2\contstip&order5.pickrell.wpd

17

18

19

20

21

22

23

24

25

26

27

28

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC