| | |
|---|---|
| 1 | GERI LYNN GREEN (SBN 127709) |
| | Law Offices of Geri Lynn Green, LC |
| 2 | 700 Montgomery Street |
| | San Francisco, CA 94111 |
| 3 | T: (415) 982-2600 |
| | F: (415) 358-4562 |
| 4 | |
| | Attorney for Defendant: |
| 5 | ANDREA NEAL PICKRELL |
| | |
| 6 | JOSEPH RUSSONIELLO (CASBN 44332) |
| | United States Attorney |
| 7 | BRIAN J. STRETCH (CASBN 1639732) |
| | Chief, Criminal Division |
| 8 | C. DAVID HALL (CASBN 66081) |
| | Assistant United States Attorney |
| 9 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 10 | San Francisco, California 94102 |
| | Telephone: (415) 436-7168 |
| 11 | Facsimile: (415) 436-7234 |
| 12 | Attorneys for Plaintiff |
| 13 | Attorneys for Plaintiff |
| | UNITED STATES OF AMERICA |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-04-00407-MMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING FROM FEBRUARY 6, 2008 TO |
| | ) | APRIL 9, 2008 |
| ANDREA NEAL PICKRELL, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

The date presently set for judgment and sentencing is February 6, 2008.

The parties have to determine what effect, if any, a potential state investigation may have on the issues of sentencing.

The parties therefore stipulate and request the Court to continue the sentencing date to APRIL 9,

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

2008, to allow the necessary time.

IT IS SO STIPULATED.

DATED: January 31, 2008

    /s/_____
DAVE HALL
Assistant United States Attorney

DATED: January 31, 2008

    /s/_____
GERI LYNN GREEN
Attorney for Andrea Pickrell

    IT IS SO ORDERED. The sentencing hearing will be continued from February 6, 2008 to April 9, 2008 at 2:30 p.m.

DATED: February 5, 2008

_____
THE HON. MAXINE M. CHESNEY
United States District Judge

N:\DHALL2\contstip&order6.pickrell.wpd

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC