1 | GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
2 | 700 Montgomery Street
San Francisco, CA 94111
3 | T: (415) 982-2600
F: (415) 358-4562
4 |
Attorney for Defendant:
5 | ANDREA NEAL PICKRELL

6 | JOSEPH RUSSONIELLO (CASBN 44332)
United States Attorney
7 | BRIAN J. STRETCH (CASBN 1639732)
Chief, Criminal Division
8 | C. DAVID HALL (CASBN 66081)
Assistant United States Attorney
9 |
   450 Golden Gate Avenue, Box 36055
10 |   San Francisco, California 94102
   Telephone: (415) 436-7168
11 |   Facsimile: (415) 436-7234

12 | Attorneys for Plaintiff

13 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

14 |

15 | IN THE UNITED STATES DISTRICT COURT

16 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18 |

19 | UNITED STATES OF AMERICA,           )   No. CR-04-00407-MMC
                                        )
20 |         Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING SENTENCING
21 |     vs.                            )   HEARING FROM APRIL 9, 2008 TO May
                                        )   14, 2008
22 | ANDREA NEAL PICKRELL, et. al,      )
                                        )
23 |         Defendants.                )
                                        )
24 |

25 |     The date presently set for judgment and sentencing is April 9, 2008.

26 |     The government has not yet formulated its sentencing recommendation and will need additional

27 | time for its approval procedure. Additionally, the United States Probation Officer is scheduled to be

28 | out of the office on April 9.

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC

1 | The parties therefore stipulate and request the Court to continue the sentencing date to May 14, 2008, to allow the necessary time.

IT IS SO STIPULATED.

DATED: April 7, 2008

/s/
DAVE HALL
Assistant United States Attorney

DATED: April 7, 2008

/s/
GERI LYNN GREEN
Attorney for Andrea Pickrell

IT IS SO ORDERED. The sentencing hearing will be continued from April 9, 2008 to May 14, 2008 at 2:30 p.m.

DATED: April 8, 2008

THE HON. MAXINE M. CHESNEY
United States District Judge

N:\DHALL2\contstip&order7.pickrell.wpd

Stip for Continuance of Sentencing Hearing. No. CR-04-00407-MMC