GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
700 Montgomery Street
San Francisco, CA 94111
T: (415) 982-2600
F: (415) 358-4562

Attorney for Defendant:
ANDREA NEAL PICKRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA NEAL PICKRELL, et. al,<br><br>Defendants. | No. CR-04-00407-MMC<br><br>REQUEST FOR STATUS CONFERENCE<br><br>AND ORDER THEREON |

Counsel requests a status conference in this matter be put on calendar for Wednesday, March 3, 2010.

DATED: February 10, 2010

_____
GERI LYNN GREEN
Attorney for Andrea Pickrell

Dated: February 12, 2010

IT IS SO ORDERED
Judge Maxine M. Chesney

Request for Status Conference, No. CR-04-00407-MMC