GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, CA 94111
T: (415) 982-2600
F: (415) 358-4562
gerilynngreen@gmail.com
greenlaw700@gmail.com

Attorney for Defendant:
ANDREA NEAL PICKRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREA NEAL PICKRELL, ) <br> ) <br> Defendant. ) | No.  CR 3:04-407 MMC <br><br> REQUEST FOR CONTINUANCE OF STATUS CONFERENCE FROM MARCH 3, 2010, TO MARCH 31, 2010 <br><br> AND ORDER THEREON |

    Defendant ANDREA NEAL PICKRELL, by and through her counsel Geri Lynn Green and United States Probation Officer Christine Magnasco, requests that the status hearing scheduled for March 3, 2010, 2:30 p.m. be continued to March 31, 2010, 2:30 p.m.  This continuance is recommended by U.S.P.O. Magnasco, and agreed to by Defense counsel Green.

    Ms. PICKRELL currently resides at New Bridge Foundation, where she is receiving treatment. Because she has just begun her program, her New Bridge counselor feels it would benefit Ms. PICKRELL to have a period of adjustment at the facility before her appearance in court.  U.S.P.O. Magnasco also believes that a better assesment of Ms. Pickrell's progress would be available at a later date.

Request & Proposed Order to Continue Sentencing
CR 3:04-407 MMC

Respectfully submitted,

DATED: March 1, 2010

GERI LYNN GREEN
Attorney for Andrea Neal Pickrell

**IT IS SO ORDERED.**

DATED: March 2, 2010

THE HON. MAXINE M. CHESNEY
United States District Judge