Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN $_{LC}$
A Law Corporation
155 Montgomery Street, Suite 901
San Francisco, CA  94104
Telephone:  (415) 982-2600
Facsimile:  (415) 358-4562
Email:  greenlaw700@gmail.com
Email:  gerilynngreen@gmail.com

Attorney for Defendant
ANDREA PICKRELL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR 3:04-407-MMC |
| Plaintiff, | ) |
| vs. | ) ORDER FOR NEW BRIDGE |
| | ) FOUNDATION |
| ANDREA PICKRELL, | ) |
| Defendant. | ) |

THE COURT HEREBY ORDERS that New Bridge Foundation provide defendant Andrea Pickrell with the following conditions during the remaining course of her treatment:

(1) Unrestricted access to communications with (a) her lawyers, including but not limited to the Law Offices of Geri Lynn Green and the Law Offices of Erik Peterson, (b) her Probation Officer Christine Magnasco, and (c) all medical personnel with whom she is seeking or receiving medical care and treatment, all of the above communications to be private and unsupported.

(2) Authorization to attend legal and medical consultations that have been approved by her Probation Officer Christine Magnasco.

//

(3)   Authorization to attend appointments at governmental offices to pursue benefits, such as Medi-Cal, Social Security, Disability and Workers Compensation.

**IT IS SO ORDERED.**

Dated:  June 14, 2010

_____
The Honorable Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER FOR NEW BRIDGE FOUNDATION
Case No.  CR 3:04-407-MMC