GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, CA 94111
T: (415) 982-2600
F: (415) 358-4562
gerilynngreen@gmail.com
greenlaw700@gmail.com

Attorney for Defendant:
ANDREA NEAL PICKRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ANDREA NEAL PICKRELL, ) <br> ) <br> Defendant. ) <br> _____ ) | No.  CR 3:04-407 MMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM October 6, 2010, TO October 27, 2010 |

Defendant ANDREA NEAL PICKRELL, by and through her counsel Geri Lynn Green, Assistant U.S. Attorney, Owen Martikan appearing for David Hall, and United States Probation with the approval of U.S. Probation Officer Christine Ortiz, hereby stipulate and agree that the status hearing scheduled for October 6, 2010, 2:30 p.m. be continued to October 27th, 2010, 2:30 p.m.

This continuance is recommended by U.S.P.O. Magnasco, and agreed to by Defense counsel Green and Government by and through AUSA Martikan.

Ms. PICKRELL currently resides at New Bridge Foundation, where she is receiving treatment. Ms. PICKRELL is doing well in her placement and is adjusting to new medication.  It is the parties' wishes that she not be disturbed and required to leave her treatment for this appearance at this time.

Stip./Proposed Order to Continue Sentencing
 CR 3:04-407 MMC

1  Accordingly, the parties request that the status conference be continued to October 27, 2010.

3  IT IS SO STIPULATED.

DATED: October 5, 2010

_____
GERI LYNN GREEN
Attorney for Andrea Neal Pickrell

DATED: October 5, 2010

_____
OWEN MARTIKAN, FOR DAVID HALL
Attorney for Department of Justice

**ORDER**

Pursuant to stipulation, Defendant ANDREA NEAL PICKRELL'S sentencing hearing, currently scheduled for October 6, 2010, 2:30 p.m., is continued to October 27, 2010, 2:30 p.m.

**IT IS SO ORDERED.**

DATED: October 6, 2010

_____
THE HON. MAXINE M. CHESNEY
United States District Judge

Stip./Proposed Order to Continue Sentencing
CR 3:04-407 MMC