1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  155 Montgomery Street, Suite 901
   San Francisco, CA 94104
3  T: (415) 982-2600
   F: (415) 358-4562
4  gerilynngreen@gmail.com
   greenlaw700@gmail.com
5
   Attorney for Defendant:
6  ANDREA NEAL PICKRELL

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12
   UNITED STATES OF AMERICA,      )   No.  CR 3:04-407 MMC
13                                )
          Plaintiff,               )   STIPULATION AND [PROPOSED]
14                                )   ORDER CONTINUING STATUS
          vs.                      )   CONFERENCE FROM November 2, 2011,
15                                )   TO January 04, 2012
                                  )
16 ANDREA NEAL PICKRELL,          )
                                  )
17        Defendant.               )
                                  )
18 _____)

19     Defendant ANDREA NEAL PICKRELL, by and through her counsel Geri Lynn Green, Assistant

20 U.S. Attorney, Owen Martikan appearing for David Hall, and United States Probation with the approval

21 of U.S. Probation Officer Christine Ortiz, hereby stipulate and agree that the status  hearing scheduled

22 for November 2, 2011, 2:30 p.m. be continued to January 04, 2012, 2:30 p.m.  This matter concerns

23 Supervised Release, therefore does not fall under the Speedy Trial Act.

24     This continuance is requested due to the fact that Ms. Pickrell has a family emergency and is

25 unable to attend the hearing.  Accordingly, the parties request that the status conference be continued to

26 January 04, 2012.

27

28

Stip./Proposed Order to Continue Status Conference
 CR 3:04-407 MMC

IT IS SO STIPULATED.

DATED: November 2, 2011

        /s/
GERI LYNN GREEN
Attorney for Andrea Neal Pickrell

DATED: November 2, 2011

        /s/
OWEN MARTIKAN, FOR DAVID HALL
Attorney for Department of Justice

### ORDER

Pursuant to stipulation, Defendant ANDREA NEAL PICKRELL'S status conference, currently scheduled for today, November 2, 2011, 2:30 p.m., is hereby continued to January 04, 2012, 2:30 p.m.

**IT IS SO ORDERED.**

DATED: November 2, 2011

THE HON. MAXINE M. CHESNEY
United States District Judge